37 So.2d 229
### Albert BLASENGAME, alias, v. STATE.
### 8 Div. 460.

Supreme Court of Alabama.
Oct. 14, 1948.

A. A. Carmichael, Atty. Gen., and Hugh F. Culherhouse, Asst. Atty. Gen., for the petition.

Thos. C. Pettus, of Moulton, opposed.

LIVINGSTON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Blasengame v. State, Ala.App., 37 So.2d 225.

Writ denied.

BROWN, SIMPSON, and STAKELY, JJ., concur.

37 So.2d 231
### Frank HELMS v. STATE.
### 4 Div. 521.

Supreme Court of Alabama.
Oct. 14, 1948.

A. A. Carmichael, Atty. Gen., and Hugh F. Culverhouse, Asst. Atty. Gen., for the petition.

Douglas Brown, of Ozark, opposed.

Lawson, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Helms v. State, 37 So.2d 229.

Writ denied.

BROWN, FOSTER, and STAKELY, JJ., concur.